**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 12-12402-AMC

JORGE SANCHEZ-ORRELY

534 HIGH STREET
LANCASTER, PA 17603

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JORGE SANCHEZ-ORRELY

    534 HIGH STREET
    LANCASTER, PA 17603

Counsel for debtor(s), by electronic notice only.

    CYNTHIA E. REED ESQ
    LAW OFFICE OF CYNTHIA E REED
    8 NORTH QUEEN ST  STE 700F
    LANCASTER, PA 17603

                                          /S/ William C. Miller
Date: 8/5/2016                              _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee