Certificate Number: 15317-PAE-DE-029001604

Bankruptcy Case Number: 12-12402



15317-PAE-DE-029001604

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 29, 2017, at 1:20 o'clock PM PDT, Jorge Sanchez Orrely completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 29, 2017    By: /s/Rose Benito

Name: Rose Benito

Title: Counselor