```
Case 12-12402-amc    Doc 97    Filed 06/16/17    Entered 06/17/17 01:05:55    Desc Imaged
                               Certificate of Notice    Page 1 of 3
```

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-12402-amc
Jorge Sanchez-Orrely                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2            Date Rcvd: Jun 14, 2017
                              Form ID: 138NEW           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.
```
db             +Jorge Sanchez-Orrely,    534 High Street,    Lancaster, PA 17603-5208
cr             +Carrington Mortgage Services, LLC (servicing right,    1600 South Douglass Road,
                 Anaheim,, CA 92806-5948
12698479      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX 76096)
12698476       Allied Interstate,    PO Box 361596,    Columbus, OH 43236-1596
12698480      +Apex Asset Management, LLC,    1891 Santa Barbara Dr.,    Lancaster, PA 17601-4106
12698481       Aspire,    PO Box 105374,    Atlanta, GA 30348-5374
12698482      +BAC Home Loans Servicing, LP,    400 National Way,    CA6-919-01-23,    Simi Valley, CA 93065-6414
12706358      +Bank of America, N.A,   c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12735159       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12698483      +Capitol One,    PO Box 30281,    Salt Lake City, UT 84130-0281
13654002      +Carrington Mortgage Services, LLC,    (servicing rights only),    1600 South Douglass Road,
                 Anaheim, CA 92806-5951
12698484      +City of Lancaster, PA,    39 West Chestnut St.,    PO Box 1020,    Lancaster, PA 17608-1020
12698485      +ER Solutions, Inc.,    800 SW 39th St.,    Renton, WA 98057-4975
12755194      +Ginny's,   c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
12698486      +Heart of Lancaster,    1500 Highland Dr.,    Lititz, PA 17543-7694
13817948      +Keven S. Frankel,    Shapiro & DeNardo LLC,    3600 Horizon Drive Ste 150,
                 King of Prussia Pa 19406-4702
12698487      +Lancaster General Health,    PO Box 3555,    Lancaster, PA 17604-3555
12698488      +Lancaster Green Apts,    1633A Judie Lane,    Lancaster, PA 17603-6705
12698489       Lancaster HMA Phys. Mgmt Central Penn.,    PO Box 281631,    Atlanta, GA 30384-1631
12698490      +Lancaster Radiology Assocs.,    PO Box 3216,    Lancaster, PA 17604-3216
12698491       Lancaster Regional Health,    PO Box 3434,    Lancaster, PA 17604-3434
12698492      +MHT TT,    Thousand Trails L.P.,    2325 Highway 90,    Gautier, MS 39553-5231
12718201      +Midland Credit Management, Inc.,    2365 Northside Drive ste 300,    San Diego, CA 92108-2709
12698493      +Nitza Jimenez,    1732 Judie Lane Apt. E,    Lancaster, PA 17603-6759
12698494       Pennsylvania Specialty Path,    2 Meridian Blvd Fl. 2,    Wyomissing, PA 19610-3202
12698495       Pu;lmonary Assocs. of Lancaster,    540 N. Duke St. Ste 244,    Lancaster, PA 17602-2374
12698496      +Regional Gastroenterology Assoc. of Lanc,    2104 Harrisburg Pike, Ste 300,
                 Lancaster, PA 17601-2644
12698497      +SE Lancaster Health Svcs,    625 S. Duke St.,    Lancaster, PA 17602-4509
12759355      +Seventh Avenue,   c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
12698499       Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
13839298      +Thomas Puleo Esquire,    701 Market Street ste 5000,    Philadelphia Pa 19106-1541
12723250      +Thousand Trails, L.P.,    P.O. Box 640,    Gautier, MS 39553-0640
12787964       VERIZON,    PO BOX 3037,    BLOOMINGTON, IL 61702-3037
12698500       Verizon,    P.O. Box 28000,    Lehigh Valley, PA 18002-8000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2017 01:05:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2017 01:06:25     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2017 01:11:20
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
13028914        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2017 01:11:20     Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
12698498        E-mail/Text: appebnmailbox@sprint.com Jun 15 2017 01:05:57     Sprint Wireless,
                 KSOPHT0101-Z4300,    6391 Sprint Parkway,    Overland Park KS 66251-4300
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX 76096)
cr*           +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12709258*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
12698477*      Allied Interstate,    PO Box 361596,    Columbus, OH 43236-1596
12698478*      Allied Interstate,    PO Box 361596,    Columbus, OH 43236-1596
                                                                                  TOTALS: 0, * 5, ## 0
```

```
District/off: 0313-2          User: DonnaR                Page 2 of 2              Date Rcvd: Jun 14, 2017
                              Form ID: 138NEW             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CYNTHIA E. REED    on behalf of Debtor Jorge  Sanchez-Orrely creed15030@gmail.com,
               bhuber.1500@gmail.com
              KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC (servicing rights
               only) pa-bk@logs.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                         TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jorge Sanchez–Orrely
    Debtor(s)

Bankruptcy No: 12–12402–amc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 6/14/17

96 – 94
Form 138_new